JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GALINDO FLORES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN WHITE,<br><br>　　　　Respondent. | NO. CV 24-1840-DOC(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without leave to amend and without prejudice.

DATED: June 7, 2024.

_____
　　　　DAVID O. CARTER
　　UNITED STATES DISTRICT JUDGE